**Willie J. HILLIARD, Appellant**

v.

**STATE of Missouri, Respondent.**

**No. WD 64116.**

Missouri Court of Appeals, Western District.

June 30, 2005.

Mark A. Grothoff, Columbia, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HOWARD, JJ.

## ORDER

PER CURIAM.

Following a jury trial, Willie Hilliard was convicted of stealing, Section 570.030,[1] and burglary in the second degree, Section 569.170. Hilliard appeals the denial of his Rule 29.15 motion for post-conviction relief, claiming ineffective assistance of counsel. Affirmed. Rule 84.16(b).

---

1. All statutory references are to RSMo. (2000) unless otherwise indicated.